# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

143659

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHRIS C. LAMBERT,
           Plaintiff-Appellee,

v

GREEN OAK TOWNSHIP POLICE
DEPARTMENT and MICHAEL JAIN,
           Defendants,

and

THE CHARTER TOWNSHIP OF GREEN OAK,

           Defendant-Appellant.

SC: 143659
COA: 297088
Livingston CC: 09-024549-NI

_____/

On order of the Court, the application for leave to appeal the May 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

y1219